**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-1938**

―――――――――

In re: ANDRACOS MARSHALL, a/k/a Draco,

      Petitioner.

―――――――――

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Greenbelt.  (8:13-cr-00492-DKC-3)

―――――――――

Submitted:  October 15, 2025                    Decided:  November 20, 2025

―――――――――

Before KING, AGEE, and HARRIS, Circuit Judges.

―――――――――

Petition denied by unpublished per curiam opinion.

―――――――――

Andracos Marshall, Petitioner Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andracos Marshall petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Marshall's motion, on remand by this court, by order entered September 22, 2025. Accordingly, because the district court has recently decided Marshall's motion for compassionate release, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
